Richard S. Ralston
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Phone: 206-269-3490

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

In re:

Connie Joyce Berg,

     Debtor.

Discover Bank, Issuer of the Discover Card,

     Plaintiff,

v.

Connie Joyce Berg,

     Defendant.

Bankruptcy Case No. 10-50812

ADV. NO. *10-05029*

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and not a party to this action, and that on *9-10-10*, 2010, I sent by first class mail, postage prepaid, a true and correct copy of the Summons in an Adversary Proceeding (issued) and Complaint Objecting to Dischargeability of Indebtedness to the parties/attorneys listed below:

Connie Joyce Berg
11920 15th Ave Ne
Rice, MN  56367

Sam Calvert
Attorney At Law
1011 2nd St North
Suite 107
St. Cloud, MN  56303

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: *9-10-10*

_____
Signature
Printed Name *Cynthia Griffin*

Page 1 – CERTIFICATE OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| In re: | | **SUMMONS** |
|---|---|---|
| Connie Joyce Berg | Debtor(s) | Adv. 10−05029 |
| Discover Bank, Issuer of the Discover Card | | Bky. 10−50812 |
| v. | Plaintiff(s) | |
| Connie Joyce Berg | Defendant(s) | |

To the defendant(s) named above:

You are summoned and required to serve upon the attorney for the plaintiff(s), whose name and address is subscribed to the annexed complaint, an answer under Bankruptcy Rule 7012 to the complaint which is herewith served upon you, within thirty (30) days after the date this summons was issued, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days, and to forthwith file the answer with the clerk of this court. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Witness my official signature
and the seal of said court at
Duluth in District of Minnesota

Dated: 9/7/10



s/Lori Vosejpka
Clerk, United States Bankruptcy Court

By: amm
Deputy Clerk
United States Bankruptcy Court
404 U.S. Courthouse
515 West First Street
Duluth, MN 55802

---

**NOTE** — The summons with complaint annexed is to be served within 14 days after the date issued under Bankruptcy Rule 7004(e). If the debtor is a defendant and represented by an attorney, the debtor and the attorney are each served separately under Rule 7004(b). Pursuant to Bankruptcy Rule 7004(b)(3), if the defendant is a corporation, partnership or other unincorporated association, a copy of the summons and complaint shall be served to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant.
02/15/93; 03/17/99;06/01/99;02042003

**mnbsumad** 12/01/09 − hb − pb − kb