UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Connie Joyce Berg,

       Debtor..

--------------------------------------------        BKY 10-50812

Discover Bank, Issuer of the Discover Card,        ADV 10-5029

       Plaintiff,

vs.                                     **JUDGMENT**

Connie Joyce Berg,

       Defendant.

_____

     This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

    IT IS ORDERED:

        The defendant's debt to the plaintiff is excepted from the defendant's discharge in the amount of $5,750.00.


Dated: December 21, 2010                  Lori Vosejpka,
At: Duluth, Minnesota                   Clerk of Bankruptcy Court

                                          By: /e/ Anita Miller
                                            Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/21/2010*
Lori Vosejpka, Clerk, by AMM